IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ERIK HERNANDEZ,<br>   PLAINTIFF,<br><br>V.<br><br>MAC PIZZA MANAGEMENT D/B/A<br>DOMINO'S AND MIKE<br>CUNNINGHAM, INDIVIDUALLY,<br>   DEFENDANTS. | § § § § § § § § § § §    CAUSE NO. A-20-CV-0100-LY |

## ORDER CLOSING CASE

Before the court is the above styled and numbered action. On April 30, 2020, Plaintiff Erik Hernandez filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this 4th day of May, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE